IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL PLASTICS & EQUIPMENT CORP., <br><br> Plaintiff, <br><br> vs. <br><br> TAYLOR'S INDUSTRIAL SERVICES, LLC and SANDRETTO USA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 07-1053 ) ) ) ) ) ) |

## **ORDER**

AND NOW, this 28th day of September, 2010, it is hereby ORDERED as follows:

1. Defendant Sandretto USA, Inc. ("Sandretto") is hereby found in civil contempt of court for its failure to comply with the Order of this Court entered on May 11, 2010 (Doc. No. 67.)

2. Nonparty Christopher Filos, in his capacity as the chief executive officer and president of Sandretto, is hereby found in civil contempt of court for his failure to take appropriate action to assure Sandretto's compliance with the Orders of this Court entered on December 9, 2008 (Doc. No. 39), February 5, 2009 (Doc. No. 45), and May 11, 2010 (Doc. No. 67.)

3. A hearing in this matter will be held beginning at **2:00 p.m. on Wednesday, October 13, 2010**, in Courtroom 6A of the United States Post Office and Courthouse, Pittsburgh, Pennsylvania, at which time the Court will entertain argument

1

concerning the sanctions to be imposed on Sandretto and Christopher Filos for the above-stated contempt of court. Christopher Filos shall appear at the October 13, 2010 hearing and shall be represented by counsel.

4. Joseph A. Filos, Douglas E. Filos, Richard A. Eichler, Gerard J. Sposato, Dean M. Francis, and William Purcell are hereby ordered to appear at the hearing set for October 13, 2010, to show cause why they should not also be held in contempt of court. They are strongly urged to retain counsel to represent them in this matter.

5. Counsel for Defendants, John Daley, Esq., is directed to serve Sandretto, the receiver for Taylor's Industrial Services, LLC, Christopher Filos, and each of the individuals named in Paragraph 4 above with a copy of this Order and the Memorandum Opinion to which it is attached.

6. Sandretto, Christopher Filos and each individual named in Paragraph 4 above shall file a brief with the Court **on or before October 8, 2010**, outlining the arguments which shall be made at the hearing on October 13, 2010.

_____
William L. Standish
United States District Judge